NORTHEAST PARKING, INC., ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF WINDSOR LOCKS

BRADLEY AIRPORT VALET PARKING, INC. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF WINDSOR LOCKS

The plaintiffs' petition for certification for appeal from the Appellate Court, 47 Conn. App. 284 (AC 15684), is denied.

*William J. Sweeney, Jr.,* in support of the petition.

*Thomas W. Fahey, Jr.,* in opposition.

Decided February 3, 1998

WILLIAM F. BENNETT *v.* DAVID A. GIBSON

The plaintiff's petition for certification for appeal from the Appellate Court, 47 Conn. App. 916 (AC 16608), is denied.

CALLAHAN, C. J., did not participate in the consideration or decision of this petition.

*William F. Bennett,* pro se, in support of the petition.

*Christopher L. Brigham* and *Karen K. Clark,* in opposition.

Decided February 3, 1998